# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

SHEILA JEAN BADGETT                                                            PLAINTIFF

v.                            No. 2:10CV00128 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                         DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner is reversed. This action is remanded for further proceedings. This is a sentence four remand.

IT IS SO ORDERED this 22nd day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE