**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

SHEILA BADGETT                                                                                                    PLAINTIFF

v.                                              No. 2:10CV00128 JLH

MICHAEL J. ASTRUE, Commissioner of the
SOCIAL SECURITY ADMINISTRATION                                                          DEFENDANT

## ORDER

Without objection, Sheila Badgett's motion for an award of attorneys' fees is GRANTED. Document #17. The amount of $2,982.00 shall be paid to Sheila Badgett as the prevailing party, less any offset of any debts that she may owe to the United States government.

IT IS SO ORDERED this 25th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE